# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
## *DALLAS DIVISION*

F.M., an individual
Plaintiff

v.

Best Western International, Inc., et al
Defendant

3:19-CV-02901
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, Plaintiff, F.M., an individual

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

Best Western International, Inc., Hyatt Hotels Corporation, and Red Lion Hotels Corporation

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Plaintiff, F.M., an individual, W. Mark Lanier, Monica Cooper - The Lanier Law Firm, P.C., 10940 W. Sam Houston Pkwy N., Suite 100, Houston, TX 77064, Best Western International, Inc., Hyatt Hotels Corporation, and Red Lion Hotels Corporation

| | |
|---|---|
| Date: | December 9, 2019 |
| Signature: | /s/ W. Mark Lanier |
| Print Name: | W. Mark Lanier |
| Bar Number: | 11934600 |
| Address: | 10940 W. Sam Houston Pkwy N |
| City, State, Zip: | Houston, TX  77064 |
| Telephone: | 713-659-5200 |
| Fax: | 713-659-2204 |
| E-Mail: | WML@lanierlawfirm.com |

**NOTE:**  To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons