UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| F.M., an individual;<br><br>    Plaintiff<br><br> -against-<br><br>BEST WESTERN INTERNATIONAL, INC.;<br><br>HYATT HOTELS CORPORATION; AND<br><br>RED LION HOTELS CORPORATION<br><br>    Defendants. | CIVIL ACTION NO. 3:19-cv-02901 |

**JOINT STIPULATION OF DISMISSAL OF HYATT HOTELS CORPORATION
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Hyatt Hotels Corporation ("Hyatt") hereby file this Joint Stipulation of Dismissal of Hyatt Hotels Corporation, with prejudice.

WHEREFORE, Plaintiff and Hyatt Hotels Corporation hereby request that the Court dismiss Hyatt Hotels Corporation from this matter, with prejudice, pursuant to Federal Rule of Civil Procedure 41.

Dated: March 19, 2020

             By: /s/Valerie Mosman
                Valerie Mosman, Esq. (Bar No. 00796127)
                901 Main Street, Suite 4800
                Dallas, TX 75202
                Tel. (214) 698-8000
                Fax (214) 698-1101
                valerie.mosman@wilsonelser.com

                /s/Marisa A. Trasatti
                Marisa A. Trasatti (Bar No. 25663)
                500 East Pratt Street
                Suite 600
                Baltimore, MD 21202
                Tel. (410) 962-8408
                Fax (410) 962-8758

Email: Marisa.trasatti@wilsonelser.com
(counsel admitted pro hac vice on 1/29/20)

/s/Robert E. Scott
Robert E. Scott, Jr. (Bar No. 05010)
500 East Pratt Street
Suite 600
Baltimore, MD 21202
Tel. (410) 962-8408
Fax (410) 962-8758
Email: Robert.Scott@wilsonelser.com
(counsel admitted pro hac vice on 1/29/20)

/s/W. Mark Lanier
W. Mark Lanier
Texas State Bar No.: 11934600
WML@lanierlawfirm.com
Monica Cooper
State Bar No.: 24071344
Monica.Cooper@lanierlawfirm.com
10940 W. Sam Houston Pkwy North
Suite 100
Houston, Texas 77064

## CERTIFICATE OF SERVICE

I hereby certify that on March 19th, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send electronic notification to all attorneys of record in the above-captioned case.

/s/Marisa A. Trasatti
Marisa A. Trasatti (Bar No. 25663)
500 East Pratt Street
Suite 600
Baltimore, MD 21202
Tel. (410) 962-8408
Fax (410) 962-8758
Email: Marisa.trasatti@wilsonelser.com

/s/W. Mark Lanier
W. Mark Lanier
Texas State Bar No.: 11934600
WML@lanierlawfirm.com

        Monica Cooper
State Bar No.: 24071344
Monica.Cooper@lanierlawfirm.com
10940 W. Sam Houston Pkwy North
Suite 100
Houston, Texas 77064