IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| F. M., an individual, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:19-cv-02901-M |
| | § | |
| BEST WESTERN INTERNATIONAL, INC. | § | |
| et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff and Defendant Hyatt Hotels Corporation's Joint Stipulation of Dismissal. [ECF No. 27]. As the Stipulation seeks an Order, the Court interprets the filing as an agreed Motion, and it is **GRANTED**. It is **ORDERED** that the suit against Defendant Hyatt Hotels Corporation is **DISMISSED WITH PREJUDICE**, with all attorneys' fees and costs taxed against the party incurring the same.

**SO ORDERED**.

March 23, 2020.

_____
BARBARA M. G. LYNN
CHIEF JUDGE