UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| F.M., an individual, | CIVIL ACTION NO. 3:19-CV-02901-M |
| Plaintiff, | Chief Judge Barbara M. G. Lynn |
| BEST WESTERN INTERNATIONAL, INC.; HYATT HOTELS CORPORATION; AND RED LION HOTELS CORPORATION | |
| Defendants. | |

**BEST WESTERN INTERNATIONAL, INC.'S RESPONSE TO PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER AND LEAVE TO PROCEED ANONYMOUSLY**

Defendant, Best Western International, Inc. ("BWI"), through undersigned counsel, hereby responds to Plaintiff's Motion for a Protective Order and Leave to Proceed Anonymously, and states as follows:

BWI agrees with and adopts the positions set forth in codefendant Red Lion Hotels Corporation's response to Plaintiff's Motion for a Protective Order and for Leave to Proceed Anonymously [Dkt. 32]. The allegations contained in Plaintiff's Complaint are personal and sensitive. However, Plaintiff intends to amend her Complaint, and Defendants have not had the opportunity to review and respond to the Amended Complaint, either by Answer or Motion to Dismiss. Thus, BWI respectfully requests the Court hold Plaintiff's request to proceed anonymously in abeyance until Defendants have answered or moved against the Amended Complaint.

Should the Court decide to address Plaintiff's motion before Defendants address the Amended Complaint, BWI respectfully requests the Court permit limited disclosure of Plaintiff's identity for the purposes of discovery, including, but not limited to, disclosure of her current

4824-2893-2281.1                                                        1

name, name at the time of the alleged trafficking (if different), date of birth, Social Security Number, current address, address at the time of the alleged trafficking, and the names of Plaintiff's parents and/or guardians at the time of the alleged trafficking. This information would permit Defendants to conduct a fair and thorough investigation of Plaintiff's allegations. Specifically, Defendants would be able to obtain and verify applicable police or hospital records and identify potential witnesses. BWI, presumably in accord with Plaintiff and Red Lion Hotels Corporation, is confident the parties and the Court can construct a Discovery Plan and Order that satisfies all parties' needs.

BWI is amenable to Plaintiff's request to proceed anonymously in public, pre-trail filings, so long as Defendants are permitted discretion to use her identity and relevant information for the good-faith purpose of conducting discovery, to which Defendants are entitled.

Dated: April 3, 2020

Respectfully submitted,

*/s/ Nicole Ordonez*
Nichol L. Bunn
State Bar No. 00790394
Nichol.Bunn@LewisBrisbois.com
Nicole Ordonez
State Bar Number 24104402
Nicole.Ordonez@lewisbrisbois.com
2100 Ross Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 722-7105
Facsimile: (972) 638-8664
*Attorneys for Defendant Best Western International, Inc.*

*/s/ Karen L. Campbell*
Karen L. Campbell, Esq.
Motion for *Pro Hac Vice* Admission Pending
**LEWIS BRISBOIS BISGAARD & SMITH LLP**

4824-2893-2281.1                                   2

77 Water Street, Suite 2100
New York, New York 10005
Telephone: 212.232.1391
Facsimile: 212.232.1399
Karen.Campbell@lewisbrisbois.com
*Attorneys for Defendant*
*Best Western International, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify on the 3rd day of April 2020, the foregoing was served on counsel of record through the Court's electronic filing system, and to all parties without an appearance by conventional mail.

*/s/ Nicole Ordonez*
Nicole Ordonez