UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| F.M., an individual;<br><br>    Plaintiff<br><br>-against-<br><br>BEST WESTERN INTERNATIONAL, INC.; HYATT HOTELS CORPORATION; AND RED LION HOTELS CORPORATION,<br><br>    Defendants | CIVIL ACTION NO.  3:19-CV-02901<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff files this Notice of Voluntary Dismissal Without Prejudice as to all Defendants.

Accordingly, Plaintiff hereby requests that the Court dismiss all Defendants from this matter, without prejudice, pursuant to Federal Rule of Civil Procedure 41.

Dated: April 15, 2020

                Respectfully submitted,

                THE LANIER LAW FIRM, P.C.

                */s/ W. Mark Lanier*
                W. Mark Lanier
                Texas State Bar No.: 11934600
                WML@lanierlawfirm.com
                Monica Cooper
                State Bar No.: 24071344
                Monica.Cooper@lanierlawfirm.com
                10940 W. Sam Houston Pwky North, Suite 100
                Houston, Texas 77064
                Telephone: (713) 659-5200
                Facsimile: (713) 659-2204

                ***Attorneys for Plaintiff F.M.***

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 15, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the registered CM/ECF participants.

                                        */s/W. Mark Lanier*
                                        W. Mark Lanier