IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| F. M., an individual, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:19-cv-02901-M |
| BEST WESTERN INTERNATIONAL, INC. and RED LION HOTELS CORPORATION, | § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal Without Prejudice. [ECF No. 38]. As the Notice seeks an Order, the Court interprets the filing as a Motion, and it is **GRANTED**. It is **ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**, with all attorneys' fees and costs taxed against the party incurring the same.

**SO ORDERED**.

April 20, 2020.

_____
BARBARA M. G. LYNN
CHIEF JUDGE